UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGINALD MAJOR | * | CIVIL ACTION NO.: 09-261 |
| | * | |
| VERSUS | * | SECTION: JVP |
| | * | |
| THE CITY OF BATON ROUGE/PARISH | * | MAGISTRATE: DLD |
| OF EAST BATON ROUGE, THE BATON | * | |
| ROUGE POLICE DEPARTMENT, | * | |
| JEFF LEDUFF, TUMAINI RUCKER, | * | |
| KWOUSKA LEE, AND JOSEPH | * | |
| NEALOND | * | |

*****************************************************************

## ORDER

Considering the foregoing Notice of Dismissal of The Baton Rouge Police Department;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **The Baton Rouge Police Department** is dismissed, without prejudice.

Baton Rouge, Louisiana, this 2nd day of October, 2009.

_____
JUDGE