# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINALD MAJOR | CIVIL ACTION |
| VERSUS | NUMBER 09-00261-DLD |
| CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, ET AL | CONSENT CASE |

## ORDER

On July 16, 2010, plaintiff filed a second motion to compel discovery responses. According to ULLR 7.5M, any opposition to this motion is required to be filed within twenty-one (21) days after service; however, the court may shorten the time for a response.

Accordingly,

**IT IS ORDERED** that due to the court's previous order of May 12, 2010, directing the defendants to respond to the discovery requests, any opposition to plaintiff's second motion shall be filed **no later than noon** on **July 23, 2010**.

Signed in Baton Rouge, Louisiana, on July 19, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**